UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE - OPELOUSAS DIVISION

| | |
|---|---|
| HIEN V. QUACH and LOI VAN NGUYEN | CIVIL ACTION NO. ________________ |
| VERSUS | JUDGE ________________________ |
| ST. MARTIN VI, LLC | MAGISTRATE ________________ |

*************************************************************************

<u>COMPLAINT UNDER THE JONES ACT AND GENERAL MARITIME LAW INCLUDING CLAIMS FOR MAINTENANCE AND CURE UNDER RULE 9(H)</u>

NOW INTO COURT, come plaintiffs, Hien V. Quach and Loi Van Nguyen, who hereby state their cause of action against defendant, St. Martin VI, LLC, as follows:

1.

This Court has jurisdiction of this matter under the Jones Act, 46 U.S.C. § 688, as well as 28 U. S. C. § 1333 and the General Maritime Law. Furthermore, this is an Admiralty and Maritime claim falling within the purview of Federal Rule of Civil Procedure 9(h). Petitioner elects to proceed as a non-jury trial.

2.

Plaintiffs are individuals of the full age of majority and reside in the Western District of Louisiana (Abbeville, LA).

3.

Defendant, St. Martin VI, LLC is a Limited Liability Company incorporated in Louisiana with the Secretary of State with their principal place of business in Marrero, Louisiana.

4.

At all relevant times, St. Martin VI, LLC did business in the Western District of Louisiana including off the Coast of Vermilion Bay, etc.

5.

On or about September 10, 2019, plaintiffs, Hien V. Quach and Loi Van Nguyen, were employed by St. Martin VI, LLC and were members of the crew as deckhands aboard the *M/V St. Martin VI,* a shrimp boat (a "vessel" for all purposes under the Maritime Law and Jones Act).

6.

At all relevant times, petitioners, Hien V. Quach and Loi Van Nguyen, were Jones Act Seaman, working in the course and scope of their employment for St. Martin VI, LLC and were properly aboard the *M/V St. Martin VI* in navigable waters and performing work when they sustained disabling injuries to their bodies resulting in orthopaedic injury requiring the need for medical treatment.

7.

Defendant, St. Martin VI, LLC, was the owner of the St. Martin VI shrimp boat and only in the alternative, the owner *pro hac vice* of said vessel.

8.

On or about September 10, 2019, petitioners, Hien V. Quach and Loi Van Nguyen, were stationed on said vessel. Said vessel was traveling at night in the Gulf of Mexico and struck an oilfield platform (toadstool), then the Captain of said vessel "hit and ran", failing to report said allision.

9.

As a result of the above described allision, plaintiffs each sustained bodily injuries to their neck, backs and general body placing them in need of medical treatment and diagnosis which has not been approved as of date by the principals of defendant despite amicable demand.

10.

Accordingly, they pray for damages reasonable on the premises.

11.

The above described injuries/damages resulted from the fault and/or negligence of St. Martin VI, LLC, its agents, employees, assigns and additionally the unseaworthiness of the M/V Noble Paul Romano including appurtenances and component parts, owned, operated and maintained by it in the following unexclusive particulars:

a. Failing to keep a proper lookout and follow vessel radar and instrumentation to avoid a crash/allision into a fixed platform;

b. Alternatively to (a) above, failing to have proper radar and instrumentation to monitor the seas for structures and/or other navigational obstructions such as platforms;

c. Failing to provide proper oversight to the crew to keep a proper lookout;

d. Failing to provide additional crew members and/or equipment to assist plaintiff in the performance of the job task identified;

e. Other acts of negligence and/or fault, to be set forth at trial.

12.

Accordingly, plaintiffs, Hien V. Quach and Loi Van Nguyen, pray for damages reasonable on the premises as set forth herein including but not limited to wage loss, past and future; loss of

earning capacity, past and future; general damages, past and future, and medical expenses, past and future, under both the Jones Act and the General Maritime Law/Unseaworthiness Doctrine.

13.

By reason of the foregoing, plaintiffs are entitled to judgment for injuries and damages which he has suffered or in reasonable probability will suffer in the future for such other and further sums as the court may find reasonable at the time of the trial of this cause.

14.

In the alternative, plaintiff pleads the doctrine of Res Ipsa Loquiter.

15.

Additionally, despite amicable demand by correspondence to St. Martin VI, LLC via certified mail of September 19, 2019 (received and signed September 27, 2019) and the request for the need of Maintenance and Cure for plaintiffs, there has been no response. Accordingly, plaintiffs pray for appropriate orders in due course for Maintenance and Cure benefits with reservation of rights to seek penalties and/or punitive damages for failure to pay same timely despite amicable demand.

16.

Furthermore, this is an admiralty and maritime claim falling within the purview of Rule 9(h) of the Federal Rules of Civil Procedure. Petitioners elect a non-jury trial.

WHEREFORE, premises considered, petitioners, Hien V. Quach and Loi Van Nguyen, pray that the defendant, St. Martin VI, LLC, be duly cited in terms of law to appear and answer herein, and that upon final trial hereof, judgment be rendered against said defendant for the full amount of plaintiffs' damages, with pre-judgment and post-judgment interest thereon, at the highest legal rate, for all costs of court in this behalf expended and for such other and further relief, special in general,

to which plaintiff may show himself to be justly entitled.

Further, for this matter to proceed under the provisions of 9(h).

Further reserving rights, for appropriate relief under the maritime law for Maintenance and Cure including the reservation of claims for penalties/punitive damages.

Respectfully submitted,

DOMENGEAUX WRIGHT ROY & EDWARDS

BY: s/ James H. Domengeaux, Sr

James H. Domengeaux, Sr.
Bar Roll No. 17555
556 Jefferson St., Suite 500
Post Office Box 3668
Lafayette, Louisiana 70502
(337) 233-3033
ATTORNEYS FOR Hien V. Quach and
Loi Van Nguyen

**PLEASE SERVE:**

**ST. MARTIN VI, LLC**
Through its Agent for Service:
Mr. Tuong Tran
1350 Artesa Drive
Marrero, LA 70072